IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOHN ADAM SORG,<br><br>                Plaintiff,<br><br>v.<br><br>JOE MARCOU, RICKY MARCOU, DAVID MARCOU, and STEVE PERRINE,<br><br>                Defendants. | ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION<br><br>Case No. 2:13cv255DAK<br><br>Judge Dale A. Kimball |

      This case was assigned to United States District Judge Dale A. Kimball, who referred it to United States Magistrate Judge Dustin Pead under 28 U.S.C. § 636(b)(1)(B).  On May 7, 2013, Magistrate Judge Pead issued a Report and Recommendation concluding that Plaintiff's Complaint should be dismissed pursuant to the *in forma pauperis* statute, 28 U.S.C. § 1915(e)(2)(B)(I).

      The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it.  Plaintiff did not file an objection to the Report and Recommendation, and the time for filing an objection has passed.  During the time period for filing an objection, Plaintiff filed a document entitled, "Important Facts of Concern."  But, the document does not refer to the Report and Recommendation or to any of the named defendants.

      The court has reviewed the case *de novo* and the court agrees with the Report and

Recommendation in its entirety. The court hereby adopts it as the order of the court. Accordingly, Plaintiff's Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I). As a result, Plaintiff's Motion for Service of Process is DENIED and Plaintiff's Motion to Appoint Counsel is DENIED.

     DATED this 29th day of May, 2013.

                BY THE COURT:

                _____
                DALE A. KIMBALL
                United States District Judge